# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ASHLEY THOMAS, | : |
|     Plaintiff, | : |
| | : |
| vs. | :  CIVIL ACTION NO. 11-00569-KD-B |
| | : |
| MICHAEL J. ASTRUE, | : |
| Commissioner of Social Security, | : |
|     Defendant. | : |

## JUDGMENT

In accordance with this Court's Order entered on December 20, 2011, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **REMANDED** to the Social Security Administration pursuant to sentence six of 42 U.S.C. § 405(g), for further proceedings consistent with the opinion of this Court.

**DONE** and **ORDERED** this the **11**th day of **January 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**