# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ASHLEY THOMAS, : | |
|     Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION NO. 11-00569-KD-B |
| : | |
| MICHAEL J. ASTRUE, : | |
| Commissioner of Social Security, : | |
|     Defendant. : | |

## JUDGMENT

In accordance with this Court's Order entered on December 20, 2011, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **REMANDED** to the Social Security Administration pursuant to sentence six of 42 U.S.C. § 405(g), for further proceedings consistent with the opinion of this Court.

**DONE** and **ORDERED** this the **11th** day of **January 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**