```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

```
ASHLEY THOMAS,                  *
                                *
     Plaintiff,                 *   CIVIL ACTION NO. 11-00569-B
                                *
vs.                             *
                                *
CAROLYN W. COLVIN,              *
Commissioner of Social          *
Security,                       *
                                *
     Defendant.                 *
```

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income be **AFFIRMED.**

**DONE** this **21st** day of **July, 2015.**

                                                      /s/ SONJA F. BIVINS  
                                   **UNITED STATES MAGISTRATE JUDGE**